IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                                                   PLAINTIFF

v.                                      Case No. 6:19-cr-60023

MELISSA KUNZ LARSEN                                                                                         DEFENDANT

## ORDER

Before the Court is *pro se* Defendant Melissa Kunz Larsen's Motion for Early Termination of Probation. ECF No. 40. The government has not filed a response, and the Court finds that no response is necessary. The Court finds the matter ripe for consideration.

On October 14, 2020, Defendant pled guilty to theft of government property, in violation of 18 U.S.C. § 641. On March 11, 2021, the Court sentenced Defendant to probation for a term of three (3) years. She was also ordered to pay restitution in the amount of $51,693.00.

On September 19, 2023, Defendant filed the instant motion requesting early termination of probation. ECF No. 40. Defendant has now served approximately twenty (20) months of the imposed thirty-six (36) months of probation. In support of her motion, Defendants cites her good behavior while on probation. Defendant states that she has complied with all requirements of her probation and has paid off all restitution. The United States Probation Office ("USPO") has notified the Court that Defendant has maintained full-time employment and a stable residence since being placed on probation.

A district court may order early termination of probation "if it is satisfied that such action is warranted by conduct of the defendant released and the interest of justice." 18 U.S.C. § 3564(c). In making its determination, the Court must consider factors set forth under 18 U.S.C. § 3553(a), to the extent they are applicable. Section 3553(a) factors include, among others, the nature and

circumstances of the offense, the history and characteristics of the defendant, and the need to provide the defendant with correctional treatment in the most efficient manner.

The Court finds that, after consideration of the above-referenced factors, the instant motion (ECF No. 40) should be and hereby is **GRANTED** based upon Defendant's conduct and the interests of justice. Defendant's term of probation is terminated.

**IT IS SO ORDERED**, this 17th day of November, 2023.

                                              /s/ Susan O. Hickey
                                              Susan O. Hickey
                                              United States District Judge